Case 9:24-cv-00096-DWM   Document 2   Filed 07/02/24   Page 1 of 8

RECEIVED
7/2/2024
Clerk, U.S. Courts
District of Montana
Great Falls Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

_____Great Falls_____ DIVISION
(You must fill in this blank. See Instruction H)

Antifa International amp Kermit Ty Poulson

(Write the full name of the plaintiff who is filing this complaint and prisoner number, if any.)

Plaintiff,

-against-

Heidi Ulbricht, Judge Dana L. CHRISTIANSEN

(Write the full name(s) of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here and do not use et al.)

Defendants.

Case No. _____
(to be filled in by the Clerk's Office)

COMPLAINT
(Pro Se Prisoner)

Jury Trial Demanded: Yes
(check)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

*Prisoner Complaint Form*
*Plaintiff's Last Name* _____Poulson_____

(Revised June 2018)
Page 1 of 9

**INSTRUCTIONS**

1. Use this form to file a civil complaint with the United States District Court for the District of Montana. Include only counts/causes of action and facts – not legal arguments or citations. You may attach additional pages where necessary. Your complaint must be typed or legibly handwritten in ink and on white paper. Write on only one side of the paper. Do not use highlighters and do not staple or otherwise bind your papers. All pleadings and other papers submitted for filing must be on 8 ½" x 11" paper (letter size). You must sign the complaint (see page 8). Your signature need not be notarized but it must be an original and not a copy. The Clerk's Office cannot provide you copies of documents in your file without prepayment of $0.10 per page (for documents electronically available) or $0.50 (for documents not electronically available). Please keep a copy of the documents you send to the Court.

2. The filing fee for a complaint is $350.00 plus a $50.00 administrative fee for a total of $400.00. This amount is set by Congress and cannot be changed by the Court. If you pay the filing fee, you will be responsible for serving the complaint on each defendant and any costs associated with such service.

3. If you are unable to prepay the entire filing fee and service costs for this action, you may file a motion to proceed in forma pauperis. If you are a prisoner and your motion to proceed in forma pauperis is granted, the Court will assess an initial partial filing fee equal to 20% of the average monthly deposits to your prison account for the six months immediately preceding the filing of the action, or 20% of the average monthly balance in your prison account for the same six-month period, whichever is greater. Thereafter, the balance of the $350.00 filing fee will be collected in installments equal to 20% of your preceding month's income any time the amount in your account exceeds $10.00. The $50.00 administrative fee does not apply to persons granted *in forma pauperis* status. You will be required to continue making these payments even if you complaint is dismissed.

4. Complaints submitted by persons proceeding in forma pauperis and complaints submitted by prisoners suing a governmental entity or employee must be reviewed by the Court before the defendants are required to answer. *See* 28 U.S.C. §§ 1915(e)(2), 1915A(a); 42 U.S.C. § 1997e(c). The Court will dismiss your complaint before it is served on the defendants if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief may be granted; or (4) you sue a defendant for money damages and that defendant is immune from liability for money damages. After the Court completes the review process, you will receive an Order explaining the findings and any further action you may or must take. The review process may take a few months; each case receives the judge's individual attention.

**I.  Parties to this Complaint**

   A.  Plaintiff
       Name: Kermit Ty Poulson
       All other names by which you have been known:
       - none
       ID Number: _____
       Current Institution: _____
       Address: 732 1st Ave W.
                Missoula, MT 59801

   Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:
   - ☐ Pretrial detainee
   - ☐ Civilly committed detainee
   - ☐ Immigration detainee
   - ☐ Convicted and sentenced state prisoner
   - ☐ Convicted and sentenced federal prisoner
   - ☒ Other *(explain)* _____

   B.  Defendant(s)
       Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

       Defendant No. 1:
          Name: Judge Dana L. Christiansen
          Job or Title: Judge
          Employer: U.S. Federal Government
          Address: P.O. Box 8537
                   Helena, MT 59626
          ☒ Individual capacity    ☒ Official capacity

*Prisoner Complaint Form*
*Plaintiff's Last Name*   Poulson

*(Revised June 2018)*
*Page 4 of 9*

Defendant No. 2:

    Name: Judge Heidi Ulbricht

    Job or Title: Judge

    Employer: MONTANA STATE Government

    Address: 312 1st Ave E. Kalispell MT 59901

    ☒ Individual capacity      ☒ Official capacity

Defendant No. 3:

    Name:

    Job or Title:

    Employer:

    Address:

    ☐ Individual capacity      ☐ Official capacity

Defendant No. 4:

    Name:

    Job or Title:

    Employer:

    Address:

    ☐ Individual capacity      ☐ Official capacity

(**NOTE**: *If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX A: PARTIES"*).

## II. Basis for Jurisdiction

Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

     42 U.S.C. § 1983 (state, county, or municipal defendants)

     Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

### III. Statement of Claim(s)

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.

A. Count I:

1. What federal constitutional or statutory right(s) do you claim is/are being violated by defendants? Biases Against The Disabled, erecting communication Barriers, Attitudnal Barriers.

2. What date and approximate time did the events giving rise to your claim(s) occur? March 11, 2024 Dana L. Christiansen Denied Poulson's Lawsuit against Heidi Ulbricht, and now Appointed himself as the Judge over Poulson in the Fed case, tainting impartiality for Poulson, creating a Bias and Barrier to the ADA of 1990.

3. Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe what happened without citing legal arguments, cases, or statutes).

   1. Heidi Ulbricht Instructed Peg Allison Her clerk of court to "Return That old crippled retard's money to him," after Poulson tried to petition for A change of indefinitely, to unsuspend his Driver's License, Ulbricht showed Bias

4. Defendants Involved: (List the name of each defendant involved in this claim and specifically describe what each defendant did or did not do to allegedly cause your injury). Ulbricht Told Dana L. Christiansen that "Poulson threatened Her" Though he did not. In the previous Lawsuit against Heidi it was Declared that Hale did the Pranks, and Poulson did not know, or was He aware, because of Ketamine, LSD, mushrooms, and marijuana, and has no Recollection of anything Hale did,

(NOTE: For each additional claim, use a blank sheet labeled "APPENDIX B. STATEMENT OF CLAIMS." You must address paragraphs III(A)(1-4) for each count., following the directions under paragraph III.

Prisoner Complaint Form                Poulson                (Revised June 2018)
Plaintiff's Last Name                                          Page 6 of 9

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. (Do not cite legal arguments, cases, or statutes). Attach additional pages if needed.

Psychological, PTSD, physical injuries, Defamation of character and libel and slander by Heidi Ulbricht, and Dana L. Christiansen, pain and emotional suffering

(NOTE: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX C: INJURY").

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Dismissal of Federal indictment $50K for violating the ADA, Dismissal of Federal lawsuit was premature to Poulson, pain and emotional suffering times 3 x $50 = $150 k

(NOTE: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX D: REQUEST FOR RELIEF").

### VI. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes   ☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have

a grievance procedure?
☐ Yes   ☐ No   ☒ Do not know

C. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?
☐ Yes   ☒ No

D. If you did file a grievance answer the following questions:
1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Poulson Appeals Dismissal By Judge Dana L. Christiansen to 9th MT. Sup. Court

E. If you did not file a grievance, answer the following questions:
1. If there are any reasons why you did not file a grievance, state them here:

   Not Incarcerated

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Not Incarcerated

F. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   None

*(**NOTE**: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

*Prisoner Complaint Form*   Paulson   *(Revised June 2018)*
*Plaintiff's Last Name*   *Page 8 of 9*

**VII.**    **Plaintiff's Declaration**

    A.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    B.    I understand I must keep the Court informed of my current mailing address and my failure to do so may result in dismissal of this Complaint without notice to me.

    C.    I understand the Federal Rules of Civil Procedure prohibit litigants filing civil complaints from using certain information in documents submitted to the Court. In order to comply with these rules, I understand that:
- social security numbers, taxpayer identification numbers, and financial account numbers must include only the last four digits (e.g., xxx-xx-5271, xx-xxx5271, xxxxxxxx3567);
- birth dates must include the year of birth only (e.g., xx/xx/2001); and
- names of persons under the age of 18 must include initials only (e.g. L.K.).

If my documents (including exhibits) contain any of the above listed information, I understand it is my responsibility to black that information out before sending those documents to the Court.

<u>I understand I am responsible for protecting the privacy of this information.</u>

    D.    I understand the submission of a false statement or answer to any question in this complaint may subject me to penalties for perjury. I declare under penalty of perjury that I am the Plaintiff in this action, I have read this complaint, and the information I set forth herein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

    E.    This Complaint was deposited in the prison system for legal mail, postage prepaid or paid by the prison, on

Executed at __Missoula__ on __6/24__, 20__24__.
            (Location)             (Date)

Signature of Plaintiff: __K. Ty Paul__
Printed Name of Plaintiff: __K. Ty Paulson__
Prison Identification #: _____
Prison Address: _____

City            State            Zip Code

*Prisoner Complaint Form*            *(Revised June 2018)*
*Plaintiff's Last Name* __Paulson__            *Page 9 of 9*