IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KERMIT TY POULSON,<br><br>Plaintiff,<br><br>vs.<br><br>HEIDI ULBRICHT and DANA L. CHRISTENSEN,<br><br>Defendants, | CV 24-96-M-KLD<br><br><br>ORDER |

On July 2, 2024, Plaintiff Kermit Ty Poulson lodged a complaint against the above-named Defendants and filed motion for leave to proceed in forma pauperis. (Docs. 1 and 2). The Notice of Case Opening entered on July 2, 2024 advised Plaintiff that he must immediately inform the Clerk of Court of any change in address, and that failure to do so may result in dismissal of the case without notice. (Doc. 3, at 2). On July 11, 2024, the Notice of Case Opening was returned as undeliverable. (Doc. 5). Accordingly,

**IT IS ORDERED** that Plaintiff shall have until August 5, 2024, to file a notice informing the Clerk of Court of his current address. Plaintiff is cautioned

1

<u>that if he fails to comply with this order and does not file a notice of updated address on or before August 5, 2024, this case may be dismissed pursuant to Federal Rule of Civil Procedure 41(b).</u>

DATED this 22nd day of July, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge